

08/18/2006

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE: § § RICHARD LEE and SUSAN LEE, § CASE NO. 01-43995-7 § Debtors. §

RICHARD LEE and SUSAN LEE, §
§
Plaintiffs, §
§
VS. § ADV. NO. 05-4183
§
TURNER, DEALEY & ZIMMERMANN, §
P.C., AND MARK J. ZIMMERMANN, §
§
Defendants. §

## MEMORANDUM ORDER GRANTING FINAL JUDGMENT

On August 17, 2006, this cause was called to trial, notice being properly given to all parties. The Defendants appeared in person and represented by counsel. Neither the Plaintiffs nor any counsel appeared for Plaintiffs. The court directed that judgment be entered for Defendants on all claims.

Accordingly, judgment is entered in favor of Defendants on all claims, and Plaintiffs shall take nothing. Plaintiffs shall bear all costs.

Signed on 8/18/2006

*Brenda T. Rhoades* SD
_____
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

ORDER ON MOTION TO REINSTATE - Page Solo
G:\CLIENTDOCS\client-d\2333\51\after_lee\ind_adv\drafting\judgment.wpd